UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JENNIFER THOMAS                                                                    PLAINTIFF

        VS.                              Civil No. 2:14-cv-02126-MEF

CAROLYN W. COLVIN,                                                         DEFENDANT
Commissioner of Social Security Administration

## JUDGMENT

For the reasons stated in the Memorandum Opinion of this date, the Court concludes that

the decision of the Commissioner denying benefits to the Plaintiff is not supported by substantial

evidence and should be reversed and remanded for further consideration pursuant to sentence four

of 42 U.S.C. §405(g).  **The parties have sixty (60) days from the entry of the judgment on the**

**docket in which to appeal.**

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access

to Justice Act (EAJA) 28 U.S.C. §2412, an application may be filed up to thirty (30) days after the

judgment becomes "not appealable" i.e., 30 days after the 60- day time for appeal has ended.  *See*

*Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),

(d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 13th day of May, 2015

                                                              /s/ Mark E. Ford
                                                              HON. MARK E. FORD
                                                              UNITED STATES MAGISTRATE JUDGE